UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EFFECTUAL INTELLECTUAL, LLC, | ) |
| Counter Claimant, | ) ) ) |
| v. | ) No.: 1:19-CV-271-TAV-CHS |
| STONE DOOR GROUP, LLC, | ) ) ) |
| Counter Defendant. | ) |

## ORDER

This civil matter is before the Court on the Report and Recommendations (the "R&R") entered by United States Magistrate Judge Christopher H. Steger, on February 8, 2022 [Doc. 62]. Judge Steger recommends that the Court award Effectual Intellectual $70,098.48 in attorneys' fees, $4,096.08 in expenses, and court costs. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Steger's recommendations, which the Court adopts and incorporates into its ruling. As such, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 62]. The motion for attorneys' fees [Doc. 51] is **GRANTED** as to Effectual Intellectual and **DENIED** as to Alex Meade. Effectual Intellectual is awarded $70,098.48 in attorneys' fees, $4,096.08 in expenses, and court costs.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE