UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| EFFECTUAL INTELLECTUAL, LLC, | ) | |
| | ) | |
| Counter Claimant, | ) | |
| | ) | |
| v. | ) | No.: 1:19-CV-271-TAV-CHS |
| | ) | |
| STONE DOOR GROUP, LLC, | ) | |
| | ) | |
| Counter Defendant. | ) | |

## JUDGMENT ORDER

As a result of the contemporaneously-filed order adopting United States Magistrate Judge Christopher H. Steger's Report and Recommendations regarding defendants Alex Meade and Effectual Intellectual's motion for attorneys' fees, there are no remaining claims before the Court in this case. Therefore, the Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

LeAnna R. Wilson
CLERK OF COURT